EDWARD M. WOLKOWITZ (State Bar No. 68298)
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-7400
Telecopier: (310) 277-7584

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ARMEN AND TAKUI AIVAZIAN,<br><br>Debtors. | Case No. 2:09-bk-39536-SB<br><br>Chapter 7<br><br>STIPULATION TO EXTEND OBJECTION TO DISCHARGE DATE<br><br>[No Hearing Required] |

TO THE HONORABLE SAMUEL BUFFORD, UNITED STATES BANKRUPTCY JUDGE:

This stipulation is entered into by and between Armen and Takui Aivazian (the "Debtors"), by and through their attorney of record, Michael J. Berger, and Edward M. Wolkowitz, Chapter 7 Trustee (the "Trustee").

1. On or about October 27, 2009, Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California and were assigned Case Number 2:09-bk-39536-SB.

2. The Debtors have requested a continuance of their §341(a) Meeting of Creditors from December 22, 2009 at 11:00 a.m. to February 10, 2010 at a time to be determined.

///

EMW/00206902.WPD/STP/01111.000

1        NOW, THEREFORE, the parties stipulate that the Trustee
2  shall have to and including April 12, 2010 to file a complaint
3  objecting to the Debtors' discharge.

4  DATED: 21/21/09        Law Offices of Michael Jay Berger

5
6                      By: _____
                               MICHAEL JAY BERGER

7
8  DATED DEC 2 1 2009
9                      By: _____
                               EDWARD M. WOLKOWITZ
10                                 Chapter 7 Trustee

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EMW/00206902.WPD/STP/01111.000                   -2-

| In re:<br>ARMEN AND TAKUI AIVAZIAN,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:09-39536-SB |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, #1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document described STIPULATION TO EXTEND OBJECTION TO DISCHARGE DATE, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 22, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA), ustregion16.la.ecf@usdoj.gov
Michael Jay Berger  michael.berger@bankruptcypower.com
Nicholas H Lambajian  NickLambajian@aol.com
Mitchell B Ludwig  mbl@kpclegal.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL:**
On December 22, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Samuel Bufford, U.S. Bankruptcy Court, 255 E Temple Street, Room 1582, Los Angeles, CA 90012
Debtors:  Armen and Takui Aivazian, 758 Ridge Dr, Glendale, CA  91206

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2009 | Linda Riess | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

{MRR/00198389.DOC/POS/00005.000}This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1